ROBERT THOMAS, Respondent, v RITA GRAY, Appellant.

Submitted February 9, 2015; decided March 31, 2015

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

MICHAEL A. CERVINI, Respondent, v CISCO GENERAL CONSTRUCTION, INC., Appellant.

Submitted February 9, 2015; decided April 2, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of RAFAEL CORTORREAL, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted February 9, 2015; decided April 2, 2015

Motion for leave to appeal granted. Motion for poor person relief granted.

Judge STEIN taking no part.

NOEL DAVIDSON, Appellant, v STATE OF NEW YORK, Respondent.

Submitted February 9, 2015; decided April 2, 2015

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (*see* NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]). Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602 [a]).